UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES ADAMS, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 5:14-CV-689-KS |
| CAROLYN W. COLVIN, | ) | |
| *Acting Commissioner of Social Security,* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner of Social Security pay to Plaintiff $5,000.00 for attorney fees and that the Treasury Judgment Fund pay to Plaintiff's counsel $400.00 in costs, both delivered to Plaintiff's counsel's office address, and upon payment of such sums, this case is dismissed with prejudice.

This Judgment filed and entered on March 16, 2016, with *electronic service* upon:

**Charlotte Williams Hall**
*Counsel for Plaintiff*

**Mary Ellen Russell**
*Counsel for Defendant*

                                        **JULIE R. JOHNSTON**
                                        **CLERK, U.S. DISTRICT COURT**


March 16, 2016                          /s/ *Shelia D. Foell*
                                        (By): Shelia D. Foell, Deputy Clerk