IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-cv-689-KS

| | |
|---|---|
| JAMES ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $12,304.45 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $5,000.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $12,304.45 and that Plaintiff's counsel pay to Plaintiff the sum of $5,000.00 and upon the payment of such sums this case is dismissed with prejudice.

This __1st__ day of __November__, 2016,

_Kimberly A. Swank_
United States Magistrate Judge