UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES ADAMS,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security,*<br>    Defendant. | **JUDGMENT**<br><br>Case No. 5:14-CV-689-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Plaintiff's Motion for Attorney Fees [DE-34] and Orders that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $12,304.45 and Plaintiff's counsel pay to Plaintiff the sum of $5,000.00.

This judgment filed and entered on October 25, 2016, with *electronic service* upon:

**Charlotte Hall**
*Counsel for Plaintiff*
*via CM/ECF*

**Mary Ellen Russell**
*Counsel for Defendant*
*via CM/ECF*

                                            **JULIE R. JOHNSTON**
                                            **CLERK, U.S. DISTRICT COURT**

November 2, 2016                          /s/ *Shelia D. Foell*
                                                (By): Shelia D. Foell, Deputy Clerk